Sept. 21st, 2015

51,982-01

To:    The Honorable Court Clerk
       Court of Criminal Appeals
       Supreme Court Bldg.
       P.O. Box 12248
       Austin, Tx. 78711

From:  John A. Heard
       T.D.C.J.-C.I.D#389335
       William G. McConnell Unit
       3001 S. Emily Dr.
       Beeville, Tx. 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 24 2015

Abel Acosta, Clerk

Re:    Request for Cause No.# for
       Writ of Habeas Corpus Article 11.07

Attn:  The Honorable Clerk of the
       Texas Court of Criminal Appeals

Dear Sir/Madam,

   I am writing you in regards to my case in Trial Court Cause

No.#392,853 and Appeal No.# C14-84-00854-CR.  Sometime in the

late 1990's I filed a Post Conviction Writ of Habeas Corpus

Article 11.07 challenging this conviction.  I do not have any

of my documents concerning this Writ because it was denied and

now I need this Writ No.# in order to execute another Post

Conviction Writ,  not challenging the conviction but, to

challenge a Mandatory Supervision Release issue.  Can you please

send me this No.  Thank you for your valuable time and effort's

in this matter.

                          Respectfully Submitted.
                          Sincerely Your's

                          John A. Heard Sept. 21st, 2015
                          SIGNATURE AND DATE